

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Icanute Energy, Inc., and John A. Upton,
Appellants

No. 06-14-00004-CV      v.

Red River Ark-La-Tex Drilling, LLC,
Appellee

Appeal from the 5th District Court of Cass
County, Texas (Tr. Ct. No. 13-C-474).
Opinion delivered by Justice Moseley,
Chief Justice Morriss and Justice Carter
participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Icanute Energy, Inc., and John A. Upton, pay all costs of this appeal.

RENDERED MAY 6, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk